UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

EVERETT JONES,

        Plaintiff,

   -against-

RIKERS ISLAND; CARE CUSTODY
CONTROL OFFICER "MECKLEY,"

        Defendants.
----------------------------------------X

ORDER

07Civ. 10414 (RWS)

ROBERT W. SWEET, U.S.D.J.

    Plaintiff submitted the instant action with an application to proceed *in forma pauperis*. On April 23, 2008, this case was assigned to my docket. As plaintiff's application to proceed in forma pauperis has never been ruled upon, I hereby GRANT leave to proceed *in forma pauperis* for the purpose of serving the summons and complaint in this action. See 28 U.S.C. §§ 1915(a), 1921 (a)(1)(A). The *Pro Se* Office is directed to forward to plaintiff the necessary materials to enable the United States Marshals Service to serve defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure. Plaintiff is directed to complete the USM-285 forms and forward the materials to the United States Marshal Service, which is directed to serve the summons and complaint upon defendants in accordance with Fed. R. Civ. P. 4.

    IT IS SO ORDERED.

                                        _____
                                        ROBERT W. SWEET
                                        United States District Judge

Dated:   6-12-08
       New York, New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08
```