```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

EVERETT JONES

                    Plaintiffs,
                                              07 Civ. 10414 (RWS)
        - against -
                                                  O R D E R

RIKERS ISLAND CARE CUSTODY AND CONTROL
OFFICER "MECKLEY",

                    Defendant.
-------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/09

**Sweet, D.J.,**

      Defendant's motion for summary judgment will be heard on submission, without oral argument, on Wednesday, September 30, 2009. All motion papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

**New York, NY**
**September 9, 2009**

/s/ ROBERT W. SWEET
U.S.D.J.